**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

MANUEL DE JESUS RAMOS LOPEZ,
Petitioner,
v.
MARKWAYNE MULLIN; et al.,
Respondents.

Case No.: 26-cv-5790-BTM-AHG

**ORDER ON JOINT MOTION TO DISMISS**

**[ECF NO. 3]**

Having considered the parties' Joint Motion to Dismiss, and finding good cause therefore, the Joint Motion is hereby **GRANTED**. This case is **DISMISSED** without prejudice. Each party shall bear their own fees and costs.

It is **SO ORDERED.**

DATED: October 16, 2026

Honorable Barry Ted Moskowitz
United States District Judge